UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
REATHIE MACK,

                        Plaintiff,                              ORDER

                                                            1:23-cv-01556-GRJ

      v.

KILOLO KIJAKAZI
COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
-------------------------------------------------------

GARY R. JONES, United States Magistrate Judge:

      Pending before the Court is the Stipulation and Order, filed by the parties. (Docket No. 17.) The parties stipulate and agree that the Commissioner's decision should be reversed and the case should be remanded to the Commissioner of Social Security under the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings.

      Accordingly, the Stipulation is approved. This case is REVERSED and REMANDED to the Commissioner of Social Security under the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings and the issuance of a new decision.

The Clerk is directed to enter terminate Plaintiff's Motion for Judgment on the Pleadings, (Docket No. 15), enter final judgment in favor of Plaintiff and then close the file.

Dated: September 6, 2023   SO ORDERED:

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge