**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
REATHIE MACK,

                Plaintiff,                        23 **CIVIL** 1556 (GRJ)

      -v-                                   **<u>JUDGMENT</u>**

KILOLO KIJAKAZI,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 6, 2023, the Stipulation is approved. This case is REVERSED and REMANDED to the Commissioner of Social Security under the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings and the issuance of a new decision. Final judgment is entered in favor of Plaintiff; accordingly, the case is closed.

**Dated:**  New York, New York
           September 6, 2023

                                                  **RUBY J. KRAJICK**
                                                  **Clerk of Court**

                         **BY:**          *K. Mango*

                                                  **Deputy Clerk**